

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00178-CV

| | | |
|---|---|---|
| PATRICIA ELAINE MARTINEZ, A/K/A PATRICIA ELAINE MARTINEZ PRINE, Appellant | § § | On Appeal from County Court at Law No. 1 |
| | | of Tarrant County (2021-002854-1) |
| V. | § | September 23, 2021 |
| HD TEXAS INVESTMENTS LLC, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the trial court's judgment should be vacated and that the appeal should be dismissed. It is ordered that the trial court's judgment is vacated and that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
        Chief Justice Bonnie Sudderth